| | |
|---|---|
| 1 | WHITE & CASE LLP |
| | BIJAL V. VAKIL (SBN 192878) |
| 2 | bvakil@whitecase.com |
| | 5 Palo Alto Square, 9th Floor |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA 94306 |
| 4 | Telephone: (650) 213-0300 |
| 5 | Facsimile: (650) 213-8158 |

Counsel for Defendants
PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA HELLGREN, an individual, and BERNARD A. ORSI, an individual, | Civil Action No.: 3:12-cv-0735 (~~NC~~) (JSW) |
| Plaintiffs, | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. | |
| PFIZER, INC., a Delaware Corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, WARNER-LAMBERT COMPANY, formerly a Delaware Corporation, WARNER-LAMBERT COMPANY LLC, a Delaware limited liability company, RANBAXY, INC., a Delaware Corporation, and DOES 1-10, | ~~Magistrate Judge Nathanael M. Cousins~~ |
| Defendants. | |

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

1     WHEREAS the Notice of Removal of Action from State Court in the above-captioned
2 action was filed on February 15, 2012; and

3     WHEREAS Plaintiffs Sandra Hellgren and Bernard A. Orsi (collectively, "Plaintiffs")
4 served Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company
5 LLC (collectively, "Pfizer") with a copy of the First Amended Complaint on January 17, 2012;
6 and

7     WHEREAS at least nine other actions have been filed in federal and state courts to date
8 challenging Pfizer's allegedly anticompetitive conduct with regard to Lipitor and its generic
9 competitors. A petition is currently pending before the Judicial Panel on Multidistrict Litigation
10 ("JPML") to transfer and coordinate these related federal actions, including the above-captioned
11 action, pursuant to 28 U.S.C. § 1407. *In re: Lipitor Antitrust Litigation*, MDL No. 2332. A
12 hearing to consider the transfer and coordination of the actions in MDL No. 2332 is set for March
13 29, 2012; and

14     WHEREAS Plaintiffs and Pfizer have met and conferred on this issue in good faith;

15     IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their
16 respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs' First
17 Amended Complaint shall be extended to fourteen (14) days after the date the JPML issues a
18 ruling or decision regarding transfer and consolidation of actions in MDL No. 2332. The parties
19 reserve their right to discovery in accordance with the Federal Rules of Civil Procedure and/or
20 Civil Local Rules.

21                               Respectfully submitted,

22
23 Dated: February 24, 2012         */s/ Bijal V. Vakil*
                                         Bijal V. Vakil, Esq.
24                                      WHITE & CASE LLP
25                                      5 Palo Alto Square, 9th Floor
                                     3000 El Camino Real
26                                      Palo Alto, California 94306
27                                      Tel. 650 213 0300
                                     Fax. 650 213 8158
28                                      Counsel for Defendants

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

|  |  |
|---|---|
|  | PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and WARNER-LAMBERT COMPANY LLC |
| Dated: February 24, 2012 | */s/ Lawrence G. Papale* |
|  | Lawrence G. Papale, Esq. LAW OFFICE OF LAWRENCE G. PAPALE 1308 Main Street, Suite 117 St. Helena, CA 94574 Tel. (707) 963-1704 Fax. (707) 963-0706 |
|  | Counsel for Plaintiffs SANDRA HELLGREN and BERNARD A. ORSI |

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATION AND P~~ROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~

PALOALTO 110068

# ATTESTATION CLAUSE

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that Lawrence G. Papale, Counsel for Plaintiffs has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER**.

Dated: February 24, 2012

WHITE & CASE LLP

By: */s/ Bijal V. Vakil*
    Bijal V. Vakil

Counsel for Defendants
PFIZER INC., PFIZER IRELAND
PHARMACEUTICALS, and
WARNER-LAMBERT COMPANY LLC

# ORDER

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC may answer or otherwise respond to Plaintiffs' First Amended Complaint is hereby extended to fourteen (14) days after the date the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling or decision regarding the transfer and coordination of actions in *In re: Lipitor Antitrust Litigation*, MDL No. 2332.

Dated: March 1, 2012

*Jeffrey S. White*

~~NATHANAEL M. COUSINS~~
~~MAGISTRATE JUDGE~~ JEFFREY S. WHITE
DISTRICT COURT JUDGE

- 4 -

PALOALTO 110068

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:12-CV-0735 ~~(NC)~~